IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN CAGLE,

    Plaintiff,                        No. CIV S-05-1765 GEB KJM P

    vs.

WARDEN SCHULTZ, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. Plaintiff has not, however, filed a completed in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the completed appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

/////

1

1      2.  The Clerk of the Court is directed to send plaintiff a new completed
2  Application to Proceed In Forma Pauperis By a Prisoner.
3  DATED: October 25, 2005.

```
                              _____
                              UNITED STATES MAGISTRATE JUDGE
```

10  1/kf
    cagl1765.3a