IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATHAN CAGLE,

    Plaintiff,                  No. CIV S-05-1765 GEB KJM P

    vs.

WARDEN SCHULTZ, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis as provided by the court's order of October 26, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 16, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: November 30, 2005.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

/mp
cagl1765.36